

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

SAMAD HAMID CASTRO (01)

No. 4:25-MJ- 761

## CRIMINAL COMPLAINT

**Alleged Offense:**

I, Task Force Officer Harold Ratliff, being duly sworn, stated the following is true and correct to the best of my knowledge and belief:

### COUNT ONE
Conspiracy to Possess with Intent to Distribute a Controlled Substance
[Violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))]

Beginning on a date unknown but no later than October 2023 and continuing until in and around August 12, 2025, in the Fort Worth Division of the Northern District of Texas and elsewhere, the defendant, **Samad Hamid Castro**, along with others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), to wit: to possess with intent to distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II controlled substance.

All in violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(C)).

**Probable Cause:**

I, Harold Ratliff, affiant, under oath, duly state that I am a Task Force Officer with

the Drug Enforcement Administration (DEA). The statements set forth in this affidavit

are true and correct to the best of my knowledge and belief but are not inclusive of all the

evidence or information in the case.

**Criminal Complaint – Page 1**

*August 2024 Seizure of 50 Oxycodone Pills*

1.     In August of 2024, a USPS parcel was seized that was being mailed to an address in the Dallas/Fort Worth, Texas area. The return address on the seized parcel was "Cards For Lovers" at 601 Route 206, Suite 26 in Hillsborough, New Jersey. Pursuant to a search warrant, 4:24-MJ-636, the parcel was opened and found to contain fifty green pills marked "OC" on one side and "80" on the opposite side. Laboratory analysis of the pills revealed the tablets to contain Oxycodone. Through analysis of postal business records, it was found that the shipping label was created through an Easypost account belonging to **Samad Hamid Castro**, with an address of 502 Finley Ct. in Somerset, New Jersey. As a result of the investigation, the darknet vendor, "OXYFRESH" was determined to be the source of the USPS Parcel.

*Investigation Into "OXYFRESH"*

2.     In March 2025, the DEA Fort Worth District Office Tactical Diversion Squad (FWDO TDS) in cooperation with USPIS began investigating the darknet vendor, "OXYFRESH", who was selling Oxycodone on various darknet markets. During that time, darknet vendor "OXYFRESH" was found to be selling on the Abacus and Archetyp darknet markets.

*May 13, 2025 Seizure of Oxycodone Pills*

3.     In May 2025, updated postal business records were obtained for **Castro's** Easypost account. Records showed that multiple USPS parcels were being shipped from the USPS facility located in Dunellen, NJ. At the request of DEA, USPIS Inspectors in New Jersey, intercepted one of the parcels and shipped it to the USPIS Inspector assigned

Criminal Complaint – Page 2

to the FWDO TDS. On May 13, 2025, pursuant to a federal search warrant, the USPS parcel was opened. Inside of the parcel, was a bubble-wrapped envelope that concealed an envelope and greeting card. Stapled inside of the greeting card was a small mylar bag with ten yellow pills marked "OC" on one side and "40" on the opposite side. Laboratory analysis of the pills confirmed the presence of Oxycodone. USPIS Inspectors from New Jersey were able to obtain video footage from inside of the postal facility of the subject who mailed the parcels. Upon review of the video, it was revealed that **Samad Castro** took the USPS parcels into the postal facility and handed them over the counter to a postal employee.

*May 16, 2025 Seizure of Oxycodone Pills from UC Purchase*

4.      On May 8, 2025, an undercover (UC) officer, made a controlled purchase of thirty-five "40mg Oxycontin Mundipharma OC" from "OXYFRESH" on the darknet market, Abacus. Payment was initiated in bitcoin (BTC) and was sent to a deposit address on the UC's customer account. The funds were held in "escrow" until receipt of the pills on May 16, 2025, at which time the UC finalized the order which released the funds for payment to the vendor. The pills arrived in an USPS parcel shipped to an UC address located at XXXX Henderson St. #XXX in Fort Worth, Texas, which is in the Fort Worth Division of the Northern District of Texas. The return address on the USPS parcel was "C4L" 601 Route 206, Unit 26 in Hillsborough, NJ. Inside of the parcel, was a bubble-wrapped envelope that concealed an envelope and greeting card. Stapled inside of the greeting card was a small mylar bag with thirty-five yellow pills marked "OC" on one

side and "40" on the opposite side. Laboratory analysis of the pills confirmed the presence of Oxycodone.

5.     Video was obtained from the Somerville, NJ postal facility where the UC purchased parcel was shipped from. A review of the captured video showed **Castro** approach the desk clerk on May 13, 2025, at approximately 2:55 p.m. (time based on video) and give the clerk several parcels. Video revealed that **Castro** was not wearing gloves while holding the parcels. The clerk gave **Castro** a receipt and he left the facility. The parcel received from the UC purchase was taken to a North Richland Hills Police Department CSSU Investigator for latent print analysis. The investigator was able to lift a latent print from the shipping label on the parcel. A comparison of the latent print to a ten-print card for **Castro** revealed that the print was from the left index finger of **Castro**.

*Surveillance at 502 Finley Ct. Somerset, NJ*

6.     On July 23, 2025, surveillance was conducted on **Castro's** residence, 502 Finley Ct. in Somerset, NJ, by members of the DEA and USPIS. Surveillance was established at approximately 9:00 a.m. A black 2025 Toyota SUV bearing New Jersey temporary license plate F253642 was identified and found to be registered to **Castro**. At approximately 1:41 p.m., **Castro** was observed walking from the residence to the Toyota SUV. **Castro** was observed to be carrying several USPS parcels, which he placed into the vehicle as he entered it.

7.     Surveillance was maintained on **Castro** upon his exit from the complex. **Castro** made two stops at a Dunkin Donuts, staying for several minutes after what appeared to be that **Castro** was placing an order. Upon leaving the business, **Castro**

Criminal Complaint – Page 4

travelled to the postal facility located at 24 Mountain Ave. in Bound Brook, New Jersey, arriving at approximately 2:40 p.m. **Castro** exited his vehicle and entered the facility carrying USPS parcels. A member of the surveillance team followed **Castro** into the postal facility and observed **Castro** give the USPS clerk the parcels. **Castro** was given a receipt from the clerk at which time **Castro** returned to his vehicle and sat for about 45 minutes before driving away.

8.    During the time **Castro** remained parked in front of the postal facility, members of the USPIS contacted USPS facility personnel and seized one of the parcels shipped by **Castro**. The intended recipient of the seized parcel was L.W. at XXXX Glen Haven Rd. in Soquel, California. Inspectors found that **Castro** shipped six parcels, including the seized parcel, at the Bound Brook, New Jersey facility. All six parcels were shipped "Priority Mail Express."

9.    **Castro** left the Bound Brook, New Jersey facility at approximately 3:30 p.m. and travelled to the postal facility located at 95 Marlborough Ave. in Middlesex, New Jersey. The surveillance team observed **Castro** exit his vehicle carrying several USPS parcels and then entering the facility. A short time later, **Castro** was observed exiting the postal facility, enter his vehicle and drive away. Surveillance was terminated at that time. After **Castro** left the facility, a USPIS inspector contacted the postal facility personnel and discovered that **Castro** shipped five parcels at this facility. Three of the parcels were being shipped "Priority Mail Express" and two were shipped "Priority Mail."

Criminal Complaint – Page 5

*Information Regarding Aforementioned Parcels*

10. As discussed above, on July 23, 2025, **Castro** shipped USPS Parcels at postal facilities in Bound Brook and Middlesex, New Jersey. Six parcels were shipped "Priority Mail Express" from the Bound Brook location. These six parcels were destined for different recipients in different cities and states—to include Abbeyville, SC, West Chester, PA, Eads, TN, New York, NY, Columbus, IN, and Soquel, CA, which was the seized parcel.

11. Of the five parcels being shipped from the Middlesex, New Jersey postal facility, two were being shipped "Priority Mail", one to Kennesaw, GA and one to Pittsburgh, PA. The remaining three parcels were being shipped "Priority Mail Express" to West Islip, NY, McDonald, PA, and Houston, TX.

12. Reviewing shipping records previously obtained, it was discovered that all but one of the intended eleven recipients of the total parcels, were repeat customers. One of the intended recipients had twenty-two prior shipments from **Castro**.

13. A District of New Jersey search warrant was obtained for the seized parcel that was being shipped to Soquel, CA. Upon opening the parcel, it was found to contain 40 green pills marked "OC 80" which refers to an 80mg Oxycontin tablet. As with prior seized parcels, the pills were contained in a small mylar bag and stapled inside of a greeting card inside of an envelope. The green OC 80 pills were submitted to the DEA Lab in Dallas for analysis. Lab analysis revealed that the OC 80 pills contained Oxycodone.

Criminal Complaint – Page 6

*Execution of Search Warrant at 502 Finley Ct.*

14.    A search warrant was obtained for the residence of **Castro**, 502 Finley Ct. in Somerset, NJ on August 8, 2025. The warrant was signed in the District of New Jersey. On August 12, 2025, members of the Fort Worth and New Jersey DEA TDS groups along with New Jersey USPIS, executed the search warrant. **Castro**, his wife, his toddler child, and his sister-in-law were present at the time.

15.    As a result of the execution of the search warrant, over 21,000 Oxycontin 80 mg "OC 80" pills and approximately 3,000 Oxycontin 40 mg "OC 40" pills were seized. Both the Oxycontin 80 mg and the Oxycontin 40 mg are Schedule II Controlled Substances. Many of the pills were found hidden in bags of Polish cereal, mixed in with the cereal to conceal the presence of the pills. Other pills were found in large medicine type bottles. Several unopened boxes containing bags of cereal and various other snacks and candies, were found in the residence. These boxes had shipping labels attached that confirmed the boxes had been shipped from Poland.

16.    On **Castro's** desk was an oversized monitor, several USPS labels, and two stacks of USPS envelopes—similar to the parcels that were seized while in route to a customer in Keller, Texas, and the one seized at the New Jersey postal facility on July 23, 2025, all of which contained Oxycodone pills. His computer was on a table to the side of the desk. On the floor next to **Castro's** desk were ten USPS parcel envelopes pre-addressed to customers and sealed. Each parcel contained a mylar bag with pills. Each or the parcels had a prepaid Easypost mailing label attached. The return address on these parcels matched the one on parcels previously seized by DEA, including the one from the

Criminal Complaint – Page 7

UC purchase. From the ten parcels, there were five mylar bags containing green pills marked "OC 80", four mylar bags containing yellow pills marked "OC 40" and one mylar bag containing white pills marked "RP 30". The parcels were addressed to customers in Texas, California, Wisconsin, Iowa, Arizona, Pennsylvania, Illinois and Georgia.

*Analysis of Pirate Ship Records*

17.    Analysis of **Castro's** bank records identified payments made to Pirate Ship LLC, which is a third-party company that negotiates discounted shipping rates from the postal service and passes the saving to customers. Records obtained from Pirate Ship reflect an account for **Samad Castro** with a billing address of 502 Finley Ct., in Somerset, NJ. The account creation date was listed as September 3, 2023.

18.    Pirate Ship records obtained on September 17, 2025, provided a listing of shipping records for **Castro's** account showing that there were 4,277 labels created for customer shipments. Of those created labels, records indicate that 3,919 parcels were marked as being delivered. Records revealed that parcels were shipped to 1,294 separate customers in 48 states plus the District of Columbia. The only two (2) states where no parcels were shipped to were Delaware and Hawaii. Among the shipping records, Affiant found the previously intercepted parcel addressed to L.G. at XXXX Treyburn Dr. in Keller, Texas, and the parcel relating to the UC purchase conducted on May 8, 2025, mailed to XXXX Henderson St. Apt. XX in Fort Worth, Texas. Additionally, approximately 27 other parcels were shipped to customers in the Northern District of

Criminal Complaint – Page 8

Texas, Fort Worth Division, to include shipments to Fort Worth, Euless, Hurst, Mansfield, Watauga, and Weatherford.

19. Based upon the above facts and circumstances revealing that **Castro** conspired with multiple customers and at least one supplier, I respectfully submit that there is probable cause to believe that **Samad Hamid Castro**, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. § 846.

Harold Ratliff, Task Force Officer
Drug Enforcement Administration

SWORN AND SUBSCRIBED before me on this ___ 10ᵗʰ ___ day of December, 2025, at _1:22_ a.m./p.m., in Fort Worth, Texas.

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

Criminal Complaint – Page 9