F 1D# 11898871

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

No. 4:25-MJ-761

SAMAD HAMID CASTRO

### WARRANT FOR ARREST

TO:    The United States Marshal and
       Any Authorized Officer of the United States

· YOU ARE HEREBY COMMANDED to arrest Samad Hamid Castro, and bring him forthwith to the nearest available magistrate to answer a Complaint charging him with Conspiracy to Possess with Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. 846 (21 U.S.C. 841 §§ (a)(1) and (b)(1)(C)).

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

Issued at Fort Worth, Texas on this the ___10th___ day of December, 2025.

---

### RETURN

---

This warrant was received and executed with the arrest of the above-named defendant at ___Newark, NJ___.

| DATE RECEIVED: 12/10/2025 | NAME AND TITLE OF ARRESTING OFFICER: | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST: 02/02/2026 | TFo Harold Ratliff | |