IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

SAMAD HAMID CASTRO (01)

No. 4:26-CR-077-P

# FACTUAL RESUME

PLEA:

Count One: Distribution of a Controlled Substance (in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C)).

MAXIMUM PENALTY:

$1,000,000 fine and not more than twenty (20) years imprisonment, plus a term of supervised release of not less than 3 years. If the defendant violates any condition of supervised release, the Court may revoke such term of supervised release and require the defendant to serve an additional period of confinement. Further the Court must impose a Mandatory Special Assessment of $100.00.

ELEMENTS OF THE OFFENSE:

The essential elements which must be proved beyond a reasonable doubt in order to establish the offense charged in Count One are as follows:

First: That the defendant knowingly possessed a controlled substance;

Second: That the substance was in fact Oxycodone, a Schedule II controlled substance;

Third: That the defendant distributed the substance; and

Fourth: That the quantity of the substance involved a mixture or substance containing a detectable amount of Oxycodone, a Schedule II controlled substance.

STIPULATED FACTS:

Beginning on a date unknown but no later than October 2023 and continuing until in and around August 12, 2025, **Samad Hamid Castro** knowingly and intentionally possessed and distributed Oxycodone. During this period, **Castro** would and did possess and distribute the Oxycodone to customers in the Northern District of Texas, and elsewhere, including shipping parcels containing Oxycodone during the relevant time period to various customers in the Northern District of Texas, located in Fort Worth, Keller, Euless, Hurst, Mansfield, Watauga, and Weatherford.

Specifically, on or about May 13, 2025, **Castro** mailed a parcel containing Oxycodone from New Jersey to an address in Fort Worth, Texas, which is in the Northern District of Texas.

**Samad Hamid Castro** stipulates to the facts above and that he knowingly and intentionally distributed Oxycodone to the Northern District of Texas and elsewhere during the above-mentioned time period.

**Castro** further stipulates, as relevant conduct to the underlying offense for purposes of sentencing, that the narcotics reflected in online reviews on the dark web marketplaces attributable to him and the narcotics found and seized pursuant to the search warrant from his residence in New Jersey on or about August 12, 2025, were knowingly and intentionally possessed by him with the intent to be distributed to customers in the Northern District of Texas and elsewhere.

**Castro** further stipulates that the following assets are proceeds of or derived from

the underlying offense to which he is pleading guilty:

- 2025 Toyota Grand Highlander Limited;
- 0.24292936 Ethereum (ETH);
- 0.4427769 Ethereum (ETH);
- 700197.00 USD Coin (USDC);
- 0.0700745 Ethereum (ETH);
- 140.567706796176 Monero (XMR);
- Affinity Federal Credit Union, Acct. #814648692, VL: $725.03;
- Affinity Federal Credit Union, Acct. #814648907, VL: $9,632.93;

**Castro** agrees that he committed all the essential elements of the offense. This factual resume is not intended to be a complete accounting of all the facts and events related to the offense charged in this case. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support the defendant's guilty plea.

SIGNED this 24 day of March, 2026.

SAMAD HAMID CASTRO
Defendant

MICHAEL LEHMANN
Counsel for Defendant